# United States District Court
EASTERN DISTRICT OF WISCONSIN

**KEVIN DONALD KOVACIC** and
**TAMMY KOVACIC,** *a/k/a Tammy Lively***,**

        **Plaintiffs,**

    v.

**OCONTO COUNTY,**

        **Defendant.**

**JUDGMENT IN A CIVIL CASE**
Case No. 23-cv-642

☒     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried, and the jury has rendered its verdict.

☐     **Decision by Court.** This action came before the Court for consideration.

    **IT IS HEREBY ORDERED AND ADJUDGED** that the plaintiffs take nothing, and this case is DISMISSED.

Approved:  s/ William C. Griesbach
                WILLIAM C. GRIESBACH
                United States District Judge

Dated:  November 24, 2025

LINDA M. KLEMM
CLERK OF COURT

s/ Mara VandenHeuvel
(By) Deputy Clerk